IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01406-REB-KLM

KATLIN HAPP,
MARK ANTHONY TOY, and
BRANDEE STECKLEIN,

    Plaintiffs,

v.

BOSELLI INVESTMENTS ARVADA TWO LLC, doing business as McDonalds,

    Defendant.

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion for Entry of Protective Order** [#36] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#36] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Protective Order [#36-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

    Dated:  October 25, 2013