IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01406-REB-KLM

KATLIN HAPP,
MARK ANTHONY TOY, and
BRANDEE STECKLEIN,

    Plaintiffs,

v.

BOSELLI INVESTMENTS ARVADA TWO LLC, doing business as McDonalds,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Motion to Dismiss Amended Complaint Pursuant to Fed. R. Civ. P. 12(b)(6)** [#22] (the "Motion"). In light of the Settlement Agreement [#45] and Joint Motion to Dismiss with Prejudice [#43] filed by the parties,

    IT IS HEREBY **ORDERED** that the Motion [#22] is **DENIED as moot**.

    Dated: February 21, 2014