# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Civil Action No. 13-cv-01406-REB-KLM

KATLIN HAPP,
MARK ANTHONY TOY, and
BRANDEE STECKLEIN,

     Plaintiffs,

v.

BOSELLI INVESTMENTS ARVADA TWO LLC, d/b/a McDonalds,

     Defendant.

---

## ORDER APPROVING CONFIDENTIAL SETTLEMENT

---

**Blackburn, J.**

     This matter is before me on the **Joint Motion for Approval of Confidential Settlement and Dismissal with Prejudice** [#43][1] filed February 20, 2014.  The motion is granted.

     The plaintiffs assert claims under the Fair Labor Standards Act (FLSA), the Colorado Wage Act, and Colorado common law.  The plaintiffs seek to recover, *inter alia*, overtime wages allegedly owed to them.  In response, the defendant contends the plaintiffs do not have valid claims.  The parties have reached a resolution of this dispute and have entered into a confidential settlement agreements.

     Generally, settlements of claims under the FLSA are not considered to be

---

    [1]  "[#43]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

effective absent court approval.  *See, e.g., Lynn's Food Stores v. United States*, 679 F.2d 1350, 1353 (11th Cir.1982); *Peter v. Care 2000 Home Healthcare Servs. of Hutchinson, Inc.* , CIV.A. 11-1328-KHV, 2013 WL 441069, *1 (D. Kan. Feb. 5, 2013). A FLSA settlement may be approved if the court finds that "(1) the litigation involves a bona fide dispute, (2) the proposed settlement is fair and equitable to all parties concerned and (3) the proposed settlement contains an award of reasonable attorney fees." *Peter*, 2013 WL 441069, *1 (*citing Lynn's Food Stores*, 679 F.2d at 1354).  I have reviewed the proposed settlement agreements.  I find and conclude that this litigation involves a bona fide dispute, the proposed settlements are fair and equitable to all parties, and each of the proposed settlements contain an award of reasonable attorney fees.

    **THEREFORE, IT IS ORDERED** as follows:

    1.  That the **Joint Motion for Approval of Confidential Settlement and Dismissal with Prejudice** [#43] filed February 20, 2014, is **GRANTED** in part;

    2.  That the confidential settlement agreements [#42, #42-1, & #42-2] of the parties are **APPROVED**;

    3.  That the **Joint Motion for Approval of Confidential Settlement and Dismissal with Prejudice** [#43] filed February 20, 2014, is **DENIED** to the extent the motion can be read to request that this case be dismissed with prejudice; and

4.  That the court **SHALL ADDRESS** the dismissal of this case when the parties file their agreed stipulation for dismissal with prejudice.

Dated February 26, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge